1 MCGREGOR W. SCOTT
United States Attorney
2 MICHAEL M. BECKWITH
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2797

5

6

7                IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9
UNITED STATES OF AMERICA,    )          CASE NO. MAG 07-0022 GGH
10                                      )
                 Plaintiff,   )
11                                      )          STIPULATION AND ORDER TO
    v.                                )          EXTEND TIME FOR PRELIMINARY
12                                      )          EXAMINATION AND EXCLUDE TIME
                                     )
13 SYTHONG VONGTHONGKHAM,        )
   aka SAM VONGTHONGKHAM,      )
14                                      )
                 Defendant.   )
15 _____)

16        The parties agree that time beginning April 23, 2007, and
17 extending through May 7, 2007, should be excluded from the
18 calculation of time under the Speedy Trial Act.  Further, the
19 Defendant consents to an extension of the time for preliminary
20 examination until May 7, 2007.  Fed. R. Crim. P. 5.1(d).  The
21 parties submit that the ends of justice are served by the Court
22 excluding such time, so that they may have reasonable time
23 necessary for effective preparation, taking into account the
24 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).
25        In particular, the time is required so that the government
26 and defense may study the facts of this case and consider a
27 possible pre-indictment resolution.  To that end, the United
28 States has made discovery available, and the Defendant requires

1

1 sufficient time to evaluate those materials.  The United States
2 is continuing to investigate.  The United States recently
3 disclosed evidence relevant to the loss calculation, which will
4 likely have an effect on plea negotiations and possible pre-
5 indictment resolution.
6     The parties submit that this interest of justice outweighs
7 the interest of the public and the Defendant in a speedy filing
8 of an indictment or information, in accordance with Title 18,
9 United States Code, § 3161(b) and (h)(8)(A), and further that
10 this good cause outweighs the public's interest in the prompt
11 disposition of criminal cases, in accordance with Fed. R. Crim.
12 P. 5(d).

                                              Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATE: April 20, 2006        By:  /s/ Michael M. Beckwith
                                         MICHAEL M. BECKWITH
                                         Assistant U.S. Attorney

DATE: April 20, 2006            /s/ Ned Smock
                                         NED SMOCK
                                         Counsel for Sam Vongthongkham

**IT IS SO ORDERED.**

DATED: April 23, 2007.

                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

28 Ddad1/orders.criminal/vongthongkham0022.stipord